UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC., <br><br>      Plaintiff, <br><br> v. <br><br> SCOTT HULTINE, <br><br>      Defendant. | C.A. No. 04-CV-40195-FDS |

**SCOTT HULTINE'S MOTION TO TRANSFER THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

The defendant, Scott Hultine, moves the Court to transfer this action to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a). As grounds for this motion, Hultine states that the convenience of the parties, the convenience of the witnesses, and the interests of justice compel transfer to Illinois. Hultine lives and works in Illinois, and the plaintiff, Surveys & Analysis, Inc., conducts business in Illinois. All of Hultine's witnesses – including material, non-party witnesses central to this case – reside in Illinois and could not be compelled to testify in Massachusetts. All of the operative events that support the complaint occurred in Illinois, and many of the key documents are located in Illinois. A related case between the parties is currently pending in the Northern District of Illinois (*Scott Hultine v. Surveys & Analysis, Inc.*, C.A. No. 04-C-6248 (Judge Kocoras)), and consolidation would streamline the discovery and trial of both cases. Because this case concerns restrictions placed on an Illinois resident doing business in Illinois, an Illinois court and jury should address these central issues.

In further support of his motion, Hultine submits an accompanying memorandum of law and his affidavit. A proposed order is attached at Tab A.

WHEREFORE, Hultine respectfully requests that the Court allow this motion and enter an order, in the form suggested herewith, transferring this case to the Northern District of Illinois for consolidation with *Scott Hultine v. Surveys & Analysis, Inc.*, C.A. No. 04-C-6248 (Judge Kocoras).

### Request for Oral Argument

Pursuant to Local Rule 7.1(D), Hultine requests a hearing on this motion.

Respectfully submitted,

SCOTT HULTINE

By his attorneys,

HOLLAND & KNIGHT LLP

*/s/ David J. Santeusanio*
Paul G. Lannon, Jr. (BBO # 563404)
David J. Santeusanio (BBO # 641270)
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated: October 4, 2004

### Local Rule 7.1(A)(2) Certificate

Pursuant to Local Rule 7.1(A)(2), I certify that I have conferred with counsel for the plaintiff, James J. Richards, Esq., Bowditch & Dewey, LLP, 311 Main Street, Worcester, Massachusetts, in an attempt to narrow or resolve the issues presented by this motion to transfer this action.

*/s/ David J. Santeusanio*
David J. Santeusanio

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

    I hereby certify that on October 4, 2004, I electronically filed Scott Hultine's Motion to Transfer this Action to the United States District Court for the Northern District of Illinois with the Clerk of Court using the CM/EMF system, which will send notification of such filing to the following attorneys of record:

Michael P. Angelini, Esq.
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156

James J. Richards, Esq.
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156

                                               /s/ David J. Santeusanio
                                               David J. Santeusanio, Esq.
                                               Holland & Knight LLP
                                               10 St. James Avenue
                                               Boston, Massachusetts 02116

# 2289733_v1