

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOTT HULTINE, <br><br> Defendant. | C.A. No. 04-CV-40195-FDS |

### ORDER

The Court has considered defendant Scott Hultine's motion to transfer this action pursuant to 28 U.S.C. § 1404(a). It is hereby ordered that the defendant's motion to transfer is GRANTED and it is hereby ORDERED that this action be transferred to the United States District Court for the Northern District of Illinois and be consolidated with *Scott Hultine v. Surveys & Analysis, Inc.*, C.A. No. 04-C-6248 (Judge Kocoras) (U.S.D.C. Ill.).

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　F. Dennis Saylor
　　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　　　Date: _____