UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>SCOTT HULTINE,<br><br>   Defendant. | C.A. No. CV-40195-FDS |

**NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PROCEEDINGS**

  Pursuant to Local Rule 81.1, defendant Scott Hultine hereby files certified copies of all records and proceedings in Worcester Superior Court Civil Action No. 04-1727A, which was removed to this Court on September 27, 2004.

                Respectfully submitted,

                SCOTT HULTINE

                By his attorneys,

                HOLLAND & KNIGHT LLP

                */s/ David J. Santeusanio*
                Paul G. Lannon, Jr. (BBO # 563404)
                David J. Santeusanio (BBO # 641270)
                10 St. James Avenue
                Boston, Massachusetts  02116
                (617) 523-2700

Dated:  October 28, 2004

# 2258886_v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2004, I electronically filed a Notice of Filing Certified Copies of State Court Proceedings with the Clerk of Court using the CM/EMF system, which will send notification of such filing to the following attorneys of record:

    Michael P. Angelini, Esq.
    Bowditch & Dewey, LLP
    311 Main Street, P.O. Box 15156
    Worcester, MA 01615-0156

    James J. Richards, Esq.
    Bowditch & Dewey, LLP
    311 Main Street, P.O. Box 15156
    Worcester, MA 01615-0156

*/s/ David J. Santeusanio*
David J. Santeusanio, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, Massachusetts 02116