UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT HULTINE,<br><br>　　　　　　　Defendant. | C.A. No. 04-CV-40195-FDS |

**SCOTT HULTINE'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO TRANSFER THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Pursuant to Local Rule 7.1(B)(3), the defendant, Scott Hultine, respectfully seeks leave of Court to file a brief reply memorandum in further support of his motion to transfer this action to the United States District Court for the Northern District of Illinois. As grounds for this motion, Hultine states that leave to file a reply memorandum is necessary to allow him to clarify and respond to some of the issues raised by the plaintiff, Surveys & Analysis, Inc. ("Surveys"), in its memorandum of opposition to Hultine's motion to transfer. Specifically, a reply memorandum is necessary to respond to Surveys' contention that transfer is not appropriate because its witnesses are located outside of Illinois. As described in more detail in the reply memorandum, the Court should transfer this action to Illinois because the *material* testimony of Hultine's witnesses who reside in Illinois significantly outweighs the immaterial and cumulative testimony of Surveys' witnesses who reside in Massachusetts and New York.

WHEREFORE, Hultine respectfully requests that the Court grant him leave to file the reply memorandum submitted contemporaneously herewith in support of his motion to transfer this action to the United States District Court for the Northern District of Illinois.

- 2 -

                    Respectfully submitted,

                    SCOTT HULTINE

                    By his attorneys,

                    HOLLAND & KNIGHT LLP

                    */s/ David J. Santeusanio*
                    Paul G. Lannon, Jr. (BBO # 563404)
                    David J. Santeusanio (BBO # 641270)
                    10 St. James Avenue
                    Boston, Massachusetts  02116
                    (617) 523-2700

Dated:  November 23, 2004

## Local Rule 7.1(A)(2) Certificate

      Pursuant to Local Rule 7.1(A)(2), I certify that I have conferred with counsel for the plaintiff, James J. Richards, Esq., Bowditch & Dewey, LLP, 311 Main Street, Worcester, Massachusetts, in an attempt to resolve or narrow the issues presented by this motion for leave to file his reply memorandum.

                    */s/ David J. Santeusanio*
                    David J. Santeusanio

- 3 -

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

      I hereby certify that on November 23, 2004, I electronically filed Scott Hultine's Motion for Leave to File a Reply Memorandum in Support of His Motion to Transfer This Action to the United States District Court for the Northern District of Illinois with the Clerk of Court using the CM/EMF system, which will send notification of such filing to the following attorneys of record:

Michael P. Angelini, Esq.
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156

James J. Richards, Esq.
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156

                              */s/ David J. Santeusanio*
                              David J. Santeusanio, Esq.
                              Holland & Knight LLP
                              10 St. James Avenue
                              Boston, Massachusetts 02116

# 2373473_v1