UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SURVEYS & ANALYSIS, INC.,

        Plaintiff,

v.

SCOTT HULTINE,

        Defendant.

C.A. No. 04-CV-40195-FDS

## SUPPLEMENTAL AFFIDAVIT OF SCOTT HULTINE

I, Scott Hultine, on my oath do hereby depose and state as follows:

1.    My name is Scott Hultine. I live at 628 Forest View Drive in Geneva, Illinois. I have personal knowledge of the facts presented in this affidavit.

2.    I was hired by Surveys & Analysis, Inc.'s ("Surveys") on or about March 10, 1997. At no time before I was hired did Surveys inform me that I would have to sign a noncompete agreement in connection with my employment.

3.    On or about April 16, 1999, Surveys presented me with an Employment, Nondisclosure & Non-Competition Agreement ("the Agreement"). I did not have the opportunity to negotiate the terms of the Agreement. I signed the Agreement on the day that it was presented to me.

Signed under the penalties of perjury this 16th day of November, 2004.

                              */s/ Scott Hultine*
                              Scott Hultine

# 2373651_v1