UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SCOTT HULTINE, )<br>)<br>Defendant. ) | C.A. No. 04-CV-40195-FDS |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff, Surveys & Analysis, Inc., and Defendant, Scott Hultine, respectfully request that this Court continue the Scheduling Conference currently scheduled for March 3, 2005 for three to four weeks. As grounds for this request, the parties state that they are attempting to resolve matters and will know within two or three weeks if the matter will settle.

WHEREFORE, Surveys & Analysis, Inc. and Scott Hultine respectfully request that this Court continue the Scheduling Conference currently scheduled for March 3, 2005 for three to four weeks.

Respectfully submitted,

SCOTT HULTINE
By his attorneys,

HOLLAND & KNIGHT

/s/ David J. Santeusanio
Paul G. Lannon, Jr. (BBO# 563404)
David J. Santeusanio (BBO# 641270)
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated: March 1, 2005

Respectfully submitted,

SURVEYS & ANALYSIS, INC.
By their attorneys,

BOWDITCH & DEWEY, LLP

/s/ Michael P. Angelini
Michael P. Angelini (BBO# 642937)
James J. Richards (BBO# 642937)
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

{J:\CLIENTS\lit\300482\0004\00514550.DOC;1}