UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOTT HULTINE, <br><br> Defendant. | C.A. No. 04-CV-40195-FDS |

**SECOND JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Plaintiff, Surveys & Analysis, Inc., and Defendant, Scott Hultine, respectfully request that this Court continue the Scheduling Conference currently scheduled for 10:30 a.m. on March 31, 2005, for an additional three to four weeks. As grounds for this request, the parties state that they are currently engaged in settlement discussions in an effort to resolve this matter. Further, the parties are engaged in pending litigation in the United States District Court for the Northern District of Illinois (Eastern Division) (*Hultine v. Surveys & Analysis, Inc.*, C.A. 04C-6248), and have sought to postpone discovery in both cases to minimize costs while discussing settlement of all claims.

WHEREFORE, Surveys & Analysis, Inc., and Scott Hultine respectfully request that this Court continue the Scheduling Conference currently scheduled for March 31, 2005, for three to four weeks.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| SCOTT HULTINE | SURVEYS & ANALYSIS, INC. |
| By his attorneys, | By their attorneys, |
| | |
| HOLLAND & KNIGHT LLP | BOWDITCH & DEWEY, LLP |
| | |
| */s/ David J. Santeusanio* | */s/ James J. Richards* |
| Paul G. Lannon, Jr. (BBO# 563404) | Michael P. Angelini (BBO# 019340) |
| David J. Santeusanio (BBO# 641270) | James J. Richards (BBO# 642937) |
| 10 St. James Avenue | 311 Main Street, P.O. Box 15156 |
| Boston, Massachusetts 02116 | Worcester, MA 01615-0156 |
| (617) 523-2700 | (508) 791-3511 |

Dated: March 28, 2005

# 2723903_v1