UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC.,  )<br>  )<br>          Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SCOTT HULTINE,  )<br>  )<br>          Defendant.  ) | C.A. No. 04-CV-40195-FDS |

## CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify, in accordance with Local Rule 16.1(D)(3), that they have conferred about establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation and to discuss the use of alternative dispute resolution programs.

PAUL GARABEDIAN

/s/ *Paul Garabedian*
538 Hartford Turnpike
P.O. Box 128
Shrewsbury, MA 01545

BOWDITCH & DEWEY, LLP

/s/ *James J. Richards*
Michael P. Angelini (BBO# 642937)
James J. Richards (BBO# 642937)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: April 13, 2005