UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOTT HULTINE, <br><br> Defendant. | C.A. No. 04-CV-40195-FDS |

## CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify, in accordance with Local Rule 16.1(D)(3), that they have conferred about establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation and to discuss the use of alternative dispute resolution programs.

| SCOTT HULTINE | HOLLAND & KNIGHT LLP |
|---|---|
| */s/ Scott Hultine* <br> 628 Forest View Drive <br> Geneva, Illinois 60134 | */s/ David J. Santeusanio* <br> Paul G. Lannon, Jr. (BBO # 563404) <br> David J. Santeusanio (BBO # 641270) <br> 10 St. James Avenue <br> Boston, Massachusetts  02116 <br> (617) 523-2700 |

Dated:  April 13, 2005

# 2716985_v1