UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>SCOTT HULTINE,<br><br>                Defendant. | C.A. No. 04-40195-FDS |

## NOTICE OF AGREEMENT TO EXTEND TIME TO FILE INITIAL DISCLOSURES

Pursuant to the Court's April 15, 2005 Scheduling Order, counsel for plaintiff Surveys & Analysis, Inc. ("Surveys"), and counsel for defendant Scott Hultine hereby provide the Court notice of mutual agreement to extend the time to submit their Fed. R. Civ. P. 26(a)(1) initial disclosures from May 13, 2005, to June 3, 2005. The parties have agreed to this extension of time to provide them additional time to consider settlement options and to reduce costs while engaged in settlement discussions. This extension of time will not affect any other discovery deadline set forth in the Court's Scheduling Order.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| SCOTT HULTINE<br>By his attorneys, | SURVEYS & ANALYSIS, INC.<br>By their attorneys, |
| HOLLAND & KNIGHT LLP | BOWDITCH & DEWEY, LLP |
| */s/ David J. Santeusanio*<br>Paul G. Lannon, Jr. (BBO# 563404)<br>David J. Santeusanio (BBO# 641270)<br>10 St. James Avenue<br>Boston, Massachusetts 02116<br>(617) 523-2700 | */s/ James J. Richards*<br>Michael P. Angelini (BBO# 019340)<br>James J. Richards (BBO# 642937)<br>311 Main Street, P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 791-3511 |

Dated: May 11, 2005

# 2834546_v1