UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOTT HULTINE, <br><br> Defendant. | C.A. No. 04-CV-40195-FDS |

**SCOTT HULTINE'S INITIAL DISCLOSURES**
**PURSUANT TO RULE 26(a)(1)**

Pursuant to Fed. R. Civ. P. 26(a)(1), Scott Hultine ("Hultine") hereby makes the following initial disclosures.

**A.     Identification of Individuals Likely to Have Discoverable Information**

Hultine identifies the following individuals likely to have discoverable information that Hultine may use to support his defenses, and the subject(s) of such information.

1. Scott Hultine
   A.G.D., Inc.
   628 Forest View Drive
   Geneva, Illinois  60134-3236
   Telephone No.: 630-208-9209

Hultine has information concerning the circumstances in which he signed the Employment, Nondisclosure and Non-Competition Agreement ("the Agreement"); his employment with Surveys & Analysis, Inc. ("Surveys"), including Surveys' failure to pay wages owed to him; the nature of the business information provided by Surveys to its employees;

Surveys' poor service to Nicor Gas ("Nicor"); the establishment of A.G.D., Inc. ("AGD"); and his business activities with Nicor after Surveys terminated his employment.

    2.    Rebecca Hultine
            A.G.D., Inc.
            628 Forest View Drive
            Geneva, Illinois 60134-3236
            Telephone No.: 630-208-9209

Rebecca Hultine has information concerning the establishment of AGD; negotiations between AGD and Nicor; contract bids submitted by AGD; and the work performed by AGD for Nicor.

    3.    Steve Knowlton
            A.G.D., Inc.
            628 Forest View Drive
            Geneva, Illinois 60134-3236
            Telephone No.: 630-208-9209

Knowlton has information concerning the termination of Hultine's employment; the nature of the business information provided by Surveys to its employees; and the work performed by AGD and Surveys for Nicor.

    4.    Andre Zwerschke
            A.G.D., Inc.
            628 Forest View Drive
            Geneva, Illinois 60134-3236
            Telephone No.: 630-208-9209

Zwerschke has information concerning the nature of the business information provided by Surveys to its employees and the work performed by AGD and Surveys for Nicor.

5.  Paul Qualiato
    Nicor Gas
    1947 Bethany Road
    Sycamore, IL  60178-3138
    Telephone No.: 815-754-3130

Qualiato has information concerning the work performed by AGD and Surveys for Nicor; Nicor's concerns about services provided by Surveys; public safety issues concerning natural gas distribution and the importance of leak surveys; and Nicor's decision to hire AGD.

6.  Somali Tomczak
    Nicor Gas
    1947 Bethany Road
    Sycamore, IL  60178-3138
    Telephone No.: 815-754-3135

Tomczak has information concerning work performed by AGD and Surveys for Nicor; Nicor's concerns about services provided by Surveys; public safety issues concerning natural gas distribution and the importance of leak surveys; and Nicor's decision to hire AGD.

7.  Patty McKibbon
    Nicor Gas
    1844 Ferry Road
    Naperville, IL  60563-9600
    Telephone No.: 888-642-6748

McKibbon has information concerning the work performed by AGD for Nicor.

8.  Paul Garabedian
    Surveys & Analysis, Inc.
    538 Hartford Turnpike
    Shrewsbury, MA  01545
    Telephone No.: 800-899-0704

Garabedian has information concerning Surveys' business relationship with Nicor.

9.  John Baez
    Surveys & Analysis, Inc.
    538 Hartford Turnpike
    Shrewsbury, MA 01545
    Telephone No.: 800-899-0704

Baez has information concerning Surveys' business relationship with Nicor.

    10.    Edward Ash
            1462 Adams Avenue
            St. Charles, IL 60174
            Telephone No.: 630-377-3197

Ash has information concerning the circumstances in which Surveys presented the Agreement to Hultine.

    11.    Ken Harber
            231 River Road East
            Berlin, MA 01503-1318
            Telephone No.: Unknown

Harber has information concerning Surveys' business relationship with Nicor and the circumstances in which Surveys presented the Agreement to Hultine.

    12.    Brian Labuda
            Address Unknown

Labuda has information concerning Surveys' business relationship with Nicor.

Hultine reserves the right to amend this list should he become aware, after further investigation and discovery, of additional individuals likely to have discoverable information that he may use to support his defenses.

**B.    Document Disclosure**

The following is a description, by category, of non-privileged documents, data compilations, and tangible things in Hultine's possession, custody, or control which, at this time, Hultine may use to support his defenses. All documents will be located at the offices of Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts.

    1.    Hultine's personnel records concerning his employment with Surveys;

    2.    Documents concerning the establishment of AGD, including corporate records;

    3.    Documents concerning contract bids submitted by AGD to Nicor; and

    4.    Documents concerning AGD's contracts with Nicor.

Hultine reserves the right to amend this list should he become aware, after further investigation and discovery, of additional documents that he may use to support his defenses.

**C.      Damages**

Hultine has not claimed any damages in this case.

**D.      Insurance Agreements**

Hultine does not have any insurance covering the claims asserted by Surveys.

Respectfully submitted,

SCOTT HULTINE

By his attorneys,

*/s/ David J. Santeusanio*
Paul G. Lannon, Jr. (BBO No.: 563404)
David J. Santeusanio (BBO No.: 641270)
Holland & Knight LLP
10 St. James Avenue
Boston, Massachusetts  02116
(617) 523-2700
*paul.lannon@hklaw.com*
*david.santeusanio@hklaw.com*

Dated:  June 8, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

    I hereby certify that on June 8, 2005, I electronically filed Scott Hultine's Initial Disclosures Pursuant to Rule 26(a)(1) with the Clerk of Court using the CM/EMF System, which will send notification of such filing to the following attorneys of record:

Michael P. Angelini
Bowditch & Dewey LLP
311 Main Street
Worcester, MA  01615-0156

James J. Richards
Bowditch & Dewey LLP
311 Main Street
Worcester, MA  01615-0156

                              */s/ David J. Santeusanio*
                              Holland & Knight LLP
                              10 St. James Avenue
                              Boston, Massachusetts 02116

# 2833069_v2