UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC.,<br><br>    Plaintiff,<br>v.<br><br>SCOTT HULTINE,<br><br>    Defendant. | C.A. No. 04-CV-40195-FDS |

**NOTICE OF AGREEMENT TO EXTEND TIME TO FILE INITIAL DISCLOSURES**

Pursuant to the Court's April 15, 2005 Scheduling Order, counsel for Plaintiff Surveys & Analysis, Inc. ("Surveys"), and counsel for Defendant, Scott Hultine ("Hultine") hereby provide the Court notice of mutual agreement to extend the time for Survey's to submit its Fed. R. Civ. P. 26(a)(1) initial disclosures from June 8, 2005 to June 13, 2005. Hultine filed his initial disclosures on June 8, 2005. The parties have agreed to this extension of time to provide them additional time to consider settlement options and to reduce costs while engaged in settlement discussions. This extension of time will not affect any other discovery deadline set forth in the Court's Scheduling Order.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| SCOTT HULTINE | SURVEYS & ANALYSIS, INC. |
| By his attorneys, | By its attorneys, |
| HOLLAND & KNIGHT, LLP | BOWDITCH & DEWEY, LLP |
| /s/ David J. Santeusanio<br>Paul G. Lannon, Jr. (BBO# 563404)<br>David J. Santeusanio (BBO# 641270)<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 | /s/ James J. Richards<br>Michael P. Angelini (BBO# 019340)<br>James J. Richards (BBO# 642937)<br>311 Main Street, P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 791-3511 |

Dated: June 8, 2005