UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-CV-40195-FDS |
| ) | |
| SCOTT HULTINE, ) | |
| ) | |
| Defendant. ) | |

## INITIAL DISCLOSURE OF SURVEYS & ANALYSIS, INC.

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and Local Rule 26.2(A), of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff Surveys & Analysis, Inc. ("Surveys") hereby makes the following required initial disclosures. These disclosures are based on information currently known to Surveys and Surveys reserves the right to supplement the disclosures.

    A.    Individuals Likely To Have Discoverable Information That Surveys May Use To Support Its Claims Or Defenses.

Surveys identifies the following individuals who are likely to have discoverable information which Surveys may use to support its claims or its defenses. In making this disclosure, Surveys does not concede that all information within the possession of these individuals is discoverable or admissible and expressly reserves the right to assert the attorney-client privilege and the work product immunity doctrine with respect to certain information:

| Name and Position | Expected Areas of Testimony | Residence |
|---|---|---|
| Ken Harber (Former Surveys Employee) | Terms of Scott Hultine's ("Hultine") employment; Hultine's execution of the Employment, Nondisclosure and Non-Competition Agreement ("Agreement"); | Westborough, MA Address and telephone number unknown |

| | | |
|---|---|---|
| Patricia Carrigan (Former Surveys Employee) | Terms of Hultine's employment; Hultine's execution of the Agreement; nature of business information provided by Surveys to Hultine. | 25 Knollwood Drive Shrewsbury, MA Telephone number unkonwn |
| Bridget Foley (Current Surveys Employee) | Nature of business information provided by Surveys to Hultine; termination of Hultine's employment; Surveys' relationship with Nicor. | Surveys & Analysis, Inc. 538 Hartford Turnpike Shrewsbury, MA (508) 842-4011 |
| John Whitney (Former Surveys Employee) | Nature of business information provided by Surveys to Hultine; termination of Hultine's employment. | Currently resides in Thailand; address and telephone number unknown |
| Brian Cotting (Former Surveys Employee) | Nature of business information provided by Surveys to Hultine; terms of Hultine's employment; Hultine's execution of the Agreement. | Grafton, MA Address and telephone number unknown |
| John Baes (Current Surveys Employee) | Nature of business information provided by Surveys to Hultine; termination of Hultine's employment; Hultine's breach of the Agreement; Hultine's duties to Surveys and his responsibilities at Nicor; Surveys' relationship with Nicor; Hultine's interference with Surveys' relationship with Nicor; Hultine's breaches of his duties to Surveys; damages to Surveys as a result of Hultine's conduct. | Surveys & Analysis, Inc. 538 Hartford Turnpike Shrewsbury, MA (508) 842-401120  Residence: Bewley Parkway Lockport, New York |
| Paul Garabedian (Current Surveys Employee) | Nature of business information provided by Surveys to Hultine; termination of Hultine's employment; all issues concerning Hultine's employment, including wages paid; Hultine's breach of the Agreement; Hultine's duties to Surveys and his responsibilities at Nicor; Surveys' relationship with Nicor; Hultine's interference with Surveys' relationship with Nicor; Hultine's breaches of his duties to Surveys; damages to Surveys as a result of Hultine's conduct. | Surveys & Analysis, Inc. 538 Hartford Turnpike Shrewsbury, MA (508) 842-4011 |

| | | |
|---|---|---|
| Roy Rodriquez (Former Nicor Employee) | A.G.D., Inc.'s ("A.G.D.") relationship with Nicor; Hultine's relationship with Nicor; Hultine's interactions with Roy Rodriquez; Hultine's dealings with Nicor in the interest of Hultine and/or A.G.D.; information provided by Hultine and/or A.G.D. to Nicor. | Lansing, Illinois Address and telephone number unknown |
| Jim Bruen (Current Nicor Employee) | Surveys' relationship with Nicor; A.G.D.'s relationship with Nicor; Hultine's relationship with Nicor; Hultine's interaction with Roy Rodriquez; Hultine's dealings with Nicor in the interest of Hultine and/or A.G.D.; information provided by Hultine and/or A.G.D. to Nicor. | Nicor Gas 1947 Betheney Road Sycamore, IL 60178 Telephone number unknown |
| Anthony McCain (Current Nicor Employer) | Surveys' relationship with Nicor; A.G.D.'s relationship with Nicor; Hultine's relationship with Nicor; Hultine's interaction with Roy Rodriquez; Hultine's dealings with Nicor in the interest of Hultine and/or A.G.D.; information provided by Hultine and/or A.G.D. to Nicor. | Nicor Gas 1844 Ferry Road Naperville, IL 60563 (630) 983-8676 |
| John Madziarcsyk (Current Nicor Employee) | Surveys' relationship with Nicor; A.G.D.'s relationship with Nicor; Hultine's relationship with Nicor; Hultine's interaction with Roy Rodriquez; Hultine's dealings with Nicor in the interest of Hultine and/or A.G.D.; information provided by Hultine and/or A.G.D. to Nicor. | Nicor Gas 1844 Ferry Road Naperville, IL 60563 (630) 388-2218 |
| Kelly Rodriquez (Former or current A.G.D. employee) | A.G.D.'s relationship with Nicor; Hultine's relationship with Nicor; Hultine's interaction with Roy Rodriquez; Hultine's dealings with Nicor in the interest of Hultine and/or A.G.D.; information provided by Hultine and/or A.G.D. to Nicor. | Address and telephone number unknown |

| Scott Hultine (Current A.G.D. employee) | Hultine's duties and responsibilities for Surveys and A.G.D.; A.G.D.'s relationship with Nicor; Hultine's relationship with Nicor; Hultine's interaction with Roy Rodriquez; Hultine's dealings with Nicor in the interest of Hultine and/or A.G.D.; services provided by A.G.D. to Nicor and others; information provided by Hultine and/or A.G.D. to Nicor and others. | A.G.D., Inc. 628 Forest View Drive Geneva, IL 60134 (630) 208-9209 |
|---|---|---|
| Rebecca Hultine (Current A.G.D. employee) | Hultine's duties and responsibilities for Surveys; A.G.D.'s relationship with Nicor; Hultine's relationship with Nicor; Hultine's interaction with Roy Rodriquez; Hultine's dealings with Nicor in the interest of Hultine and/or A.G.D.; services provided by A.G.D. to Nicor and others; information provided by Hultine and/or A.G.D. to Nicor and others. | A.G.D., Inc. 628 Forest View Drive Geneva, IL 60134 (630) 208-9209 |

B. <u>Identification of Documents, Data, Compilations And Tangible Things In The Possession, Custody Or Control Of Surveys which Surveys May Use To Support Its Claims Or Defenses.</u>

The following is a description, by category, of non-privileged documents, data compilations, and tangible things in Surveys' possession, custody or control which, at this time, Surveys may use to support its claims. Surveys intends to obtain documents listed in numbers 2 and 3, below, through discovery, but does not currently have possession of those documents. All documents will be located at the offices of Bowditch & Dewey, LLP, 311 Main Street, Worcester, Massachusetts.

1. Employment, Non-Disclosure, and Non-Competition Agreement dated April 16, 1999.

2. Documents relating to Nicor Gas, a subsidiary of Nicor, Inc.

3. Documents relating to A.G.D., Inc.

4. Employment file of Scott Hultine.

5. Documents provided to Scott Hultine by Surveys.

6. Documents relating to Surveys' damages.

Surveys reserves the right to amend this list should it become aware, after further investigation and discovery, of additional documents that it may use to support its claims.

### C. Computation of Damages

Plaintiff has made a preliminary calculation of the damages it has suffered as a result of Defendant's conduct complained of in the Complaint. This calculation is preliminary because discovery is on-going and the conduct complained of is still on-going. Further, Plaintiff has not yet calculated the full measure of the lost sales and profits and increased costs which it has suffered and will suffer as a result of Defendant's misconduct. Additionally, Plaintiff continues to suffer damages as a result of Defendant's conduct and Plaintiff's attorneys' fees and recoverable costs are ongoing. However, Plaintiff estimates that its lost profits to date from lost sales caused by Defendant's conduct is in excess of $550,000. These damages continue to accrue and to increase as a result of Plaintiff's loss of market share and of expected market share caused by Defendant's conduct.

Plaintiff continues to suffer additional damages as a result of Defendant's conduct and Plaintiff's attorneys' fees and recoverable costs are ongoing.

### D. Insurance Agreements

Surveys is not aware of any insurance covering the claims asserted in the Complaint.

Respectfully submitted,

SURVEYS & ANALYSIS, INC.
By their attorneys,


/s/ *Michael P. Angelini*
_____
Michael P. Angelini (BBO# 019340)
James J. Richards (BBO# 642937)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: June __, 2005