UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC.  )<br>  )<br>    Plaintiff,  )<br>v.  )<br>  )<br>SCOTT HULTINE,  )<br>  )<br>    Defendant.  ) | C.A. No. 04-CV-40195-FDS |

## JOINT MOTION FOR ENTRY OF JUDGMENT

Plaintiff, Surveys & Analysis, Inc., and Defendant, Scott Hultine, respectfully request that this Court enter Judgment as set forth in the Agreement for Judgment attached hereto as Exhibit A.

| | |
|---|---|
| SCOTT HULTINE | SURVEYS & ANALYSIS, INC. |
| By his attorneys, | By its attorneys, |
| HOLLAND & KNIGHT LLP | BOWDITCH & DEWEY, LLP |
| */s/ David J. Santeusanio*<br>Paul G. Lannon, Jr. (BBO # 563404)<br>David J. Santeusanio (BBO # 641270)<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 | */s/ James J. Richards*<br>Michael P. Angelini (BBO # 019340)<br>James J. Richards (BBO # 642937)<br>311 Main Street, P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 791-3511 |

Dated: November 29, 2005