[*EXHIBIT A TO JOINT MOTION FOR ENTRY OF JUDGMENT*]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC.   )<br>  )<br>    Plaintiff,  )<br>v.   ) <br>  )<br>SCOTT HULTINE,  )<br>  )<br>    Defendant.  ) | C.A. No. 04-CV-40195-FDS |

## AGREEMENT FOR JUDGMENT

Plaintiff, Surveys & Analysis, Inc. ("Surveys"), and Defendant, Scott Hultine ("Hultine"), hereby agree and stipulate pursuant to Fed. R. Civ. P. 58(a) as follows:

1.   Judgment in the amount of Thirty-Eight Thousand Dollars ($38,000.00) shall enter forthwith in favor of Surveys on Count I of its Complaint.

2.   The parties waive their right to trial, any and all claims for attorneys' fees and costs, and all rights of appeal.

| | |
|---|---|
| SCOTT HULTINE | SURVEYS & ANALYSIS, INC. |
| By his attorneys, | By its attorneys, |
| HOLLAND & KNIGHT LLP | BOWDITCH & DEWEY, LLP |
| */s/ David J. Santeusanio*<br>Paul G. Lannon, Jr. (BBO # 563404)<br>David J. Santeusanio (BBO # 641270)<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 | */s/ James J. Richards*<br>Michael P. Angelini (BBO # 019340)<br>James J. Richards (BBO # 642937)<br>311 Main Street, P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 791-3511 |

Dated: November 29, 2005

{Client Files\LIT\300482\0004\PLD\00572101.DOC;1}