UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Surveys & Analysis, Inc.,

    Plaintiff,

        v.                              CIVIL ACTION NO. 04-40195-FDS

Scott Hultine,

        Defendant,

## JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

**Jury Verdict.** This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED: in accordance with the Agreement for Judgment filed on 11/29/05, that judgment be entered in favor of the plaintiff, Surveys & Analysis, Inc., against the defendant, Scott Hultine, in the amount of $38,000.00**

SARAH THORNTON, CLERK

Dated:  11/29/05                         /s/ Martin Castles
                                         ( By )  Deputy Clerk

NOTE:  The post judgment interest rate effective this date is      %.

(judgciv.frm - 10/96)                                    [jgm.]