UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SURVEYS & ANALYSIS, INC.           )<br>                                                          )<br>         Plaintiff,                            )<br>v.                                                     )<br>                                                          )<br>SCOTT HULTINE,                         )<br>                                                          )<br>         Defendant.                        ) | C.A. No. 04-CV-40195-FDS |

## SATISFACTION OF JUDGMENT

Plaintiff, Surveys & Analysis, Inc., and Defendant, Scott Hultine, hereby notify this Court that the Judgment entered by this Court on November 29, 2005, has been satisfied by Scott Hultine in full.

| | |
|---|---|
| SCOTT HULTINE | SURVEYS & ANALYSIS, INC. |
| By his attorneys, | By its attorneys, |
| HOLLAND & KNIGHT, LLP | BOWDITCH & DEWEY, LLP |
| */s/ David J. Santeusanio*<br>Paul G. Lannon, Jr. (BBO# 563404)<br>David J. Santeusanio (BBO# 641270)<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 | */s/ James J. Richards*<br>Michael P. Angelini (BBO# 019340)<br>James J. Richards (BBO# 642937)<br>311 Main Street, P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 791-3511 |

Dated: January 4, 2006

# 3474139_v1